# ROSICKI, ROSICKI & ASSOCIATES, P.C.
## ATTORNEYS AT LAW
Office: 51 East Bethpage Road
Plainview, New York 11803
Telephone (516) 741-2585
Facsimile (516) 873-7243
KRSheehan@Rosicki.com

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

March 12, 2008

**BY ELECTRONIC FILING AND
BY FIRST CLASS MAIL**

United States Bankruptcy Court
Northern District of New York
327 James T. Foley US Courthouse, 445 Broadway, Suite 330
Albany, NY 12207

    Re:   Debtor: Brian J. Hack & Tanya L. Hack and
            Bankruptcy Case # 07-12612 rel
            Chapter 13

Dear Sirs/Madam:

   Our office represents U.S. Bank, N.A., a secured creditor of the above referenced Debtor. We submitted a Motion for Relief from the Automatic Stay, scheduled for March 13, 2008.

   With regard to the above referenced case, kindly allow this letter to confirm that we have withdrawn our Motion.

   Should you have any questions please feel free to contact the undersigned. Your assistance is greatly appreciated.

Very Truly Yours,
ROSICKI, ROSICKI & ASSOCIATES, PC

Karen Sheehan, Esq.

CC:   Brian J. Hack & Tanya L. Hack
        Anthony Arcodia, Jr., Esq.
        Andrea E. Celli, Esq.