RECEIVED
JAN 15 2010
OFFICE OF THE BANKRUPTCY JUDGE
ALBANY, NY

RECEIVED
JAN 15 2010
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:

Brian J. Hack and Tanya L. Hack,

                      DEBTORS.
-------------------------------------------------------X

CASE NO.: 07-12612-rel

Chapter: 13

JUDGE: ROBERT E. LITTLEFIELD, JR.

## EX-PARTE ORDER GRANTING
## RELIEF FROM THE AUTOMATIC STAY

Upon the Motion for Relief from the Automatic Stay of U.S. Bank, N.A. (the "Movant") on September 17, 2008, and

An Order Conditionally Granting Relief from the Automatic Stay having been signed by this Court on April 23, 2009 (the "Conditional Order"), and

The Debtors defaulted in making the required payments pursuant to the Conditional Order, and

A Notice to Cure having been issued by Movant pursuant to the terms of the Conditional Order, and

The Debtors having failed to timely cure the default set forth in the Notice to Cure, and

An Affidavit of Non-Compliance having been filed and served herewith, it is therefore, hereby

**ORDERED** that the automatic stay instituted upon filing of the within bankruptcy case is hereby terminated pursuant to 11 U.S.C. §362 (d) (1) as to Movant, its successors and/or assigns' lien interest in the property located at 17 Meadow Lane, Mechanicville, NY 12118, and it is further,

RECEIVED & FILED
JAN 19 2010
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

**ORDERED** that the Movant shall immediately provide an accounting to the trustee of any surplus monies realized, and it is further

Dated: JAN 1 9 2010, 2010
Albany, New York

_____
Hon. Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
IN RE:

Brian J. Hack and Tanya L. Hack,

                                  DEBTORS.
------------------------------------------------------X

CASE NO.: 07-12612-rel

Chapter: 13

JUDGE: ROBERT E. LITTLEFIELD, JR.

**Affidavit of Service**

RECEIVED

JAN 15 2010

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

STATE OF NEW YORK   )
                                ) ss:
COUNTY OF NASSAU    )

Catherine Jones, being duly sworn, deposes and says:
I am not a party to this action, am over 18 years of age and reside in Nassau, New York.
On January 12, 2010, I served the within Affidavit of Non-Compliance and Ex-Parte Order on the following parties, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Brian J. Hack
17 Meadow Lane
Mechanicville, NY 12118

Tanya L. Hack
17 Meadow Lane
Mechanicville, NY 12118

Anthony Arcodia, Jr. Esq.
Ehrlich & Arcodia
64 Second Street
Troy, NY 12180

Andrea E. Celli, Esq.
Chapter 13 Standing Trustee
7 Southwoods Boulevard
Albany, NY 12211

RECEIVED & FILED

JAN 19 2010

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Catherine Jones

Sworn to before me this
12th day of January, 2010

NOTARY PUBLIC

JOHN J. BROCKS
NOTARY PUBLIC STATE OF NEW YORK
#01BR6107807
COMMISSION EXPIRES APRIL 12, 2008
2012