**SO ORDERED.**

**SIGNED this 06 day of April, 2010.**

_____
**ROBERT E. LITTLEFIELD, JR.**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------
In Re: TANYA L              HACK
       BRIAN J              HACK              ORDER WITHDRAWING
       17 MEADOW LANE                         SECURED CLAIM
       MECHANICVILLE, NY
                            12118             CASE # 07-12612
_____


It appearing that a secured proof of claim filed by
U.S. BANK, NA            on Apr 21, 2008 having been satisfied by
an Order granting a liftng of the stay in the above case:

Now, on Motion of Andrea E. Celli, Chapter 13 Standing Trustee and
following the conclusion of a hearing on March 4, 2010

It is hereby ORDERED that the claim filed by U.S. BANK, NA
be and hereby is deemed withdrawn without prejudice to the filing of an
unsecured deficiency proof of claim.

(TTE:0005)                        ###